

Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
**REISMAN·SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com
*Attorneys for Defendant*
*Steadfast Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CURTISTINE JOHNSON,

Plaintiff

v.

STEADFAST INSURANCE COMPANY,

Defendant

CASE NO. 2:24-cv-01368-CDS-MDC

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

////

////

////

////

////

////

////

////

////



REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: (702) 727-6258 Fax: (702) 446-6756

REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Phone: (702) 727-6258 Fax: (702) 446-6756

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, hereby stipulate and agree that this litigation be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of May 2025.

**ANGULO LAW GROUP, LLC**

*/s/ Joseph R. Smith, Esq.*
PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
5545 Mountain Vista St., 2nd Flr.
Las Vegas, Nevada 89120
Telephone: 702-384-8000
jrs@angulolawgroup.com
*Attorneys for Plaintiff*
*Curtistine Johnson*

DATED this 1st day of May 2025.

**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*
LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
JODY W. HAGINS, ESQ.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com
*Attorneys for Defendant*
*Steadfast Insurance Company*

Based on the parties' stipulation, under Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: May 5, 2025